UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN MAURICE WILLIAMS,<br><br>            Defendant-Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>            Plaintiff-Respondent. | Case No. C20-994RSL<br><br>ORDER REQUESTING RESPONSE AND RENOTING GOVERNMENT'S MOTION FOR RECONSIDERATION |

This matter comes before the Court on the government's "Motion for Reconsideration." Dkt. # 8. On October 25, 2021, the Court granted petitioner's motion to vacate and set aside his felon-in-possession of a firearm conviction under 18 U.S.C. § 922(g) in CR13-0287RSL. Dkt. # 6. On October 26, 2021, the government filed a motion for reconsideration. Dkt. # 8. The government's motion relies upon a recent Ninth Circuit opinion, United States v. Goodall, No. 18-1004, 2021 WL 4768103 (9th Cir. Oct. 13, 2021).[1] The government argues that Goodall compels the conclusion that petitioner's claim is barred by the collateral-review waiver in his plea agreement. The Court may not grant a motion for reconsideration without allowing the opposing party an opportunity to respond. LCR 7(h)(3). The Court requests a response from petitioner to the government's motion for reconsideration, which may be filed no later than

---

[1] The government miscites the Westlaw identifying number as 2021 WL 4768103987, when the correct number is 2021 WL 4768103.

ORDER REQUESTING RESPONSE AND RENOTING
GOVERNMENT'S MOTION FOR RECONSIDERATION - 1

1 | November 12, 2021.  The government may file a reply no later than November 19, 2021, and the
2 | Clerk shall renote the motion for reconsideration on November 19, 2021.
3 |     IT IS SO ORDERED.
4 |     DATED this 27th day of October, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER REQUESTING RESPONSE AND RENOTING
GOVERNMENT'S MOTION FOR RECONSIDERATION - 2